**BROCK & GONZALES, LLP**
6701 Center Drive West, Suite 610
Los Angeles, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. Aaron Brock, SBN: 241919
ab@brockgonzales.com
Douglas B. Hayes, SBN: 232709
dh@brockgonzales.com
Kendall R. Weaver, SBN: 354202
kw@brockgonzales.com

**Attorneys for Plaintiff**
Tanya Besarra

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA BESARRA, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>EUROMARKET DESIGNS, INC., an Illinois corporation; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.: 2:24−CV−01880−DJC−CSK<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

# **ADDITIONAL COUNSEL**

Ellen M. Bronchetti (SBN 226975)
GREENBERG TRAURIG, LLP
12830 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: (619) 848-2523
Facsimile: (619) 393-0877
ellen.bronchetti@gtlaw.com

Melissa J. Kendra (SBN 291905)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Melissa.Kendra@gtlaw.com

Attorneys for Defendant
EUROMARKET DESIGNS, INC.

**ORDER**

Based on the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that Plaintiff Tanya Besarra's entire action as against all parties is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated:  July 18, 2025          /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE